IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
EASTERN DIVISION

| | | |
|---|---|---|
| TECHNOLOGY LICENSING, CORPORATION | ) ) | |
| Plaintiff, | ) ) | Judge Edmond E. Chang |
| | ) | Magistrate Judge Maria Valdez |
| v. | ) ) | No.: 1:11-cv-05920 |
| WESTINGHOUSE DIGITAL, LLC, et al. | ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS ASUSTEK COMPUTER, INC.'S AND ASUS COMPUTER INTERNATIONAL'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR ASUS COMPUTER INTERNATIONAL TO ANSWER OR OTHERWISE RESPOND**

Pursuant to Rule 6(b), Fed. R. Civ. P., defendants ASUSTek Computer, Inc. ("ASUSTek") and Asus Computer International ("ACI") file this <u>unopposed</u> motion for an extension of time for ACI to answer or otherwise respond to the complaint (Doc. 1). Good cause exists to grant the motion, as counsel for ASUSTek and ACI, which have a parent-subsidiary relationship, only recently were engaged. In addition, while ASUSTek has not yet been served with the complaint and summons, it would consent to waive service and to accelerate its deadline to answer or otherwise respond to match ACI's deadline in the interests of judicial economy and efficiency.

Counsel for ACI and ASUSTek has conferred with counsel for Plaintiff, and they have agreed to a thirty (30) day extension for ACI to answer or otherwise respond. In exchange, ASUSTek has agreed to waive the requirement for service via letters rogatory. Should the Court grant this motion, ACI's and ASUSTek's responses would be due November 17, 2011.

1

ACI and ASUSTek do not believe that Plaintiff or the other defendant would be prejudiced by granting this motion and respectfully request that it be granted.

Dated: October 18, 2011

Respectfully submitted,

/s/John R Linzer

Richard P. Beem (IL Bar No. 6196420)
John R Linzer (IL Bar No. 6283387)
Beem Patent Law Firm
53 West Jackson Boulevard, Suite 1352
Chicago, Illinois 60604
Telephone: 312-201-0011
Facsimile: 312-201-0022

Karen Boyd (CA Bar No. 189808)
Turner Boyd
2570 W. El Camino Real
Suite 380
Mountain View, CA 94040

Attorneys for Defendants
ASUSTek Computer, Inc. and
Asus Computer International