# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Technology Licensing Corporation

                              Plaintiff,

v.                                                     Case No.: 1:11−cv−05920

                                                                Honorable Edmond E. Chang

Westinghouse Digital, LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 25, 2011:

      MINUTE entry before Honorable Edmond E. Chang: Defendant Westinghouse Digital's agreed motion for extension [16] to answer or otherwise plead is granted to 11/17/11. The status hearing of 11/30/11 at 8:30 a.m. remains as scheduled, and the written status report is still due on the previous−set schedule, see R. 18. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.