# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| TECHNOLOGY LICENSING, CORPORATION | ) ) | |
| Plaintiff, | ) ) | Judge Edmond E. Chang |
| | ) | Magistrate Judge Maria Valdez |
| v. | ) ) | No.: 1:11-cv-05920 |
| WESTINGHOUSE DIGITAL, LLC; ASUS COMPUTER INTERNATIONAL; and ASUSTEK COMPUTER, INC. | ) ) ) ) ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO TRANSFER TO THE
## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
## PURSUANT TO 28 U.S.C. § 1404(a)

Defendants ASUS Computer International and ASUSTeK Computer, Inc., and defendant Westinghouse Digital, LLC (collectively, "Defendants"), by and through their undersigned attorneys, hereby move pursuant to 28 U.S.C. § 1404(a) to transfer this patent infringement action to the U.S. District Court for the Northern District of California. As explained in the supporting memorandum, filed herewith, Defendants make this motion because there is no nexus between the Northern District of Illinois and any of the parties to or witnesses connected with this case. In contrast, the Northern District of California is a clearly more convenient forum in which to litigate the case because it the home forum of one of the defendants, it is more conveniently located to the remaining defendants and the Plaintiff, and because many of the potential third party witnesses live or are headquartered within the Northern District of California, thus subjecting them to that forum's subpoena power.

The Court granted leave to file this motion at the March 21, 2012 status hearing, as reflected in the Minute Order of the same day (Doc. 41).

Dated: March 28, 2012 Respectfully submitted,

/s/John R Linzer
Richard P. Beem (IL Bar No. 6196420)
John R Linzer (IL Bar No. 6283387)
Beem Patent Law Firm
53 West Jackson Boulevard, Suite 1352
Chicago, Illinois 60604
Telephone: (312) 201-0011
Facsimile: (312) 201-0022

Karen Boyd (CA Bar No. 189808)
TURNER BOYD LLP
2570 W. El Camino Real
Suite 380
Mountain View, CA 94040
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

*Attorneys for Defendants ASUS Computer International and ASUSTeK Computer Inc.*

/s/ Kyle B. Fleming
John L. Ambrogi
David A. Frey
McCracken & Frank LLC
311 S. Wacker Drive
Suite 4950
Chicago, IL 60606
Telephone: (312) 263-4700
dfrey@mccrackenfrank.com
jambrogi@mccrackenfrank.com

Kyle B. Fleming
RENNER, OTTO, BOISSELLE & SKLAR, LLP
1621 Euclid Avenue
Nineteenth Floor
Cleveland, Ohio 44115
Telephone: (216) 621-1113
Facsimile: (216) 621-6165
*Attorneys for Westinghouse Digital, LLC.*